# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Appellee                    )<br>                                 )<br>       v.                       )<br>                                 )<br>DARIUS DONNELL FREEMAN,    )<br>    Appellant                    )<br>_____)| Docket No: 15-4329 |

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

NOW COMES Appellant Darius Donnell Freeman, through counsel, and moves the Court for an extension of time to file his brief so that it may be filed on September 30, 2015. In support of this motion, the Appellant shows the Court:

1. Appellant's brief is currently due by August 31, 2015.

2. Preparation of the brief has been hindered by court commitments and an extensive caseload.

3. Counsel for Mr. Freeman has consulted with Attorney Brian Aus, counsel for Wincy Joseph, the appellant in the case consolidated with the above-captioned matter (docket no. 15-4330), and he consents to a continuance.

4. Opposing counsel does not oppose an extension of time to file the

1

brief.

**WHEREFORE**, the Appellant moves this Honorable Court for an extension of time to file his brief so that it may be filed on September 30, 2015.

This the 7th day of August, 2015.

Respectfully submitted,

/s/ C. Melissa Owen
C. Melissa Owen
TIN FULTON WALKER & OWEN, PLLC
Bar No. 28903
301 East Park Ave.
Charlotte, N.C. 28203
Phone: 704-338-1220
Fax: 704-338-1312
Email: cmowen@tinfulton.com

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing **MOTION FOR EXTENSION OF TIME TO FILE BRIEF** on opposing counsel by filing through ECF, to be sent to:

Amy Ray
U.S. Attorney's Office
Amy.ray@usdoj.gov

Brian Aus
Attorney for Mr. Joseph
brianauslaw@gmail.com

This the 7th day of August, 2015.

/s/ C. Melissa Owen
C. Melissa Owen
TIN FULTON WALKER & OWEN, PLLC
Bar No. 28903
301 East Park Ave.
Charlotte, N.C. 28203
Phone: 704-338-1220
Fax: 704-338-1312
Email: cmowen@tinfulton.com